IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-105-RLV-DCK

| | |
|---|---|
| JEREMY R. REID, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DALCO NONWOVENS, LLC, JASON )<br>LOGAN, and RALPH SHERMAN )<br>)<br>)<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on its own motion to continue the trial from the November 2, 2015, trial term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the November 2, 2015, trial term in the Statesville Division to the January 11, 2016, trial term in the Statesville Division.

Signed: October 2, 2015

Richard L. Voorhees
United States District Judge